# EXHIBIT B

**Infringement Claim Chart for U.S. Pat. No. 8,424,752v.Columbus Life Insurance ("Defendant")**

| Claim 1 | Evidence |
|---|---|
| 1.A method comprising: | Defendant (Columbus Life Insurance) provides a QR code associated with the website of Columbus Life Insurance.<br><br><br><br>Source: https://www.westernsouthern.com/-/media/files/columbuslife/tax-reference-sheet-2020.pdf |



Source: Screenshot taken from Smartphone

| | |
|---|---|
| a) capturing a digital image using a digital image capturing device that is part of a portable electronic device; | The Defendant uses the camera i.e, the part of the portable electronic device (smartphone) that captures the digital image.<br><br> <br><br>Source: https://www.westernsouthern.com/-/media/files/columbuslife/tax-reference-sheet-2020.pdf<br><br>Source: Screenshot taken from Smartphone |

3

| | |
|---|---|
| b) detecting Symbology associated with an object within the digital image using a portable electronic device; | The Defendant uses a portable electronic device (Smartphone or tablet) to detect symbology (e.g., pattern of QR code) associated with the website of Columbus Life Insurance.<br><br> <br><br>Source: Screenshot taken from Smartphone |

4

| | |
|---|---|
| c) decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device; | Defendant decodes the symbology (i.e., QR code pattern) to obtain a decode string (i.e. hyperlink) using the camera application residing in the portable electronic device (i.e., Smartphone).<br><br>For example, the Smartphone decodes the QR code on the object image captured from the Smartphone camera to obtain a decoded hyperlink.<br><br> |

5



QR Code



Scan



Decode

Source: Screenshot taken from Smartphone.

Source: https://www.westernsouthern.com/-/media/files/columbuslife/tax-reference-sheet-2020.pdf

| | |
|---|---|
| d) sending the decode string to a remote server for processing; | The Defendant sends the decoded string to a remote server for processing. For example, the Smartphone sends the information associated with the QR code to the Columbus Life Insurance server.<br><br><br><br>Source: Screenshot taken from Smartphone |

| | |
|---|---|
| e) receiving information about the object from the remote server wherein the information is based on the decode string of the object; | After clicking on the hyperlink that is obtained by scanning the QR code associated with the Columbus Life Insurance website the Smartphone receives the information and directly go to the website of Columbus Life Insurance.<br><br><br><br>Source: Screenshot taken from Smartphone |

8

| | |
|---|---|
| f) displaying the information on a display device associated with the portable electronic device. | The Defendant sends the decode string to a remote server for processing. The information is received and it is displayed on the display associated with the Smartphone as shown below.<br><br><br><br>Source: Screenshot taken from Smartphone |