**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>COLUMBUS LIFE INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No.: 1:20-cv-00721-DRC<br><br>**TRIAL BY JURY DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, Symbology Innovations, LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1), and hereby voluntarily dismisses all of the claims asserted against Defendant Columbus Life Insurance Company in the within action WITH PREJUDICE. Columbus Life Insurance Company has not served an answer or a motion for summary judgment.

Dated: May 5, 2021

                                         Respectfully submitted,

                                         SAND, SEBOLT & WERNOW CO., LPA

                                         */s/ Andrew Curfman*
                                         Andrew S. Curfman (SBN 0090997)
                                         Aegis Tower – Suite 1100
                                         4940 Munson Street NW
                                         Canton, Ohio 44718
                                         Telephone: 330-244-1174
                                         Facsimile: 330-244-1173
                                         andrew.curfman@sswip.com

                                         ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on May 5, 2021.

*/s/ Andrew S. Curfman*
Andrew S. Curfman